# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2023 KW 1130

VERSUS

JOHAR  SADAQAT                                          **NOVEMBER 7, 2023**

---

In Re:     State of Louisiana, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 08-18-0323.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                          JMG
                          WRC
                          WIL

COURT OF APPEAL, FIRST CIRCUIT

_Chamboly Terrance_
DEPUTY CLERK OF COURT
   FOR THE COURT